Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Jacqulyn Deniston

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JACQULYN DENISTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>OCWEN LOAN SERVICING, LLC, et. al.<br>        Defendants. | Case No.: 2:19-cv-01668-MCE-AC<br><br>**ORDER** |

In accordance with the stipulation of the Parties, and good cause appearing, Defendant Ocwen Loan Servicing, LLC, only, is hereby dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  April 28, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE