Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Jacqulyn Deniston

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JACQULYN DENISTON<br><br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>        Defendants. | Case No.: 2:19-cv-01668-MCE-AC<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the Parties, and good cause appearing, Experian Information Solutions, Inc. is hereby dismissed with prejudice, each party shall bear its own attorneys' fees and costs. Inasmuch as all named Defendants have now been dismissed, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  June 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE